IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO: 09-00182 SEK** |
| **JOSE LUIS NIEVES ALBINO**<br>**ROSA YARITZA FLORES RODRIGUEZ**<br>Debtor (s) | **CHAPTER 13** |
| **FIRSTBANK PUERTO RICO**<br>Movant | **11 USC 362 (d)** |
| **V.** | |
| **JOSE LUIS NIEVES ALBINO**<br>**ROSA YARITZA FLORES RODRIGUEZ**<br>**JOSE RAMON CARRION MORALES**<br>**CHAPTER 13 TRUSTEE**<br>**Respondents** | **Request for relief from stay** |

**MOTION FOR RELIEF FROM ORDER**

TO THE HONORABLE COURT:

COMES NOW creditor FIRSTBANK PUERTO RICO represented by the undersigned attorney and respectfully sets forth and prays as follow:

1. The appearing party's attorney failed to appear at the preliminary hearing in the present case because of a confusion at to whom would subtitute the undersigned at the hearing.

2. The motion was denied for lack of prosecution.

3. Nonetheless, the post-petition arrears for $4,274.88 up to October 2020 (plus November and December $281.48 each) have not be paid. Thus, cause persist to lift the stay because debtor is not complying with the old and new confirmed plan.

**Wherefore,** it is respectfully requested that the order denying the Relief from Stay be set inside and a hearing be set to consider the same.

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which shall send notification of such filing to Jaime Rodriguez Perez, counsel for the Debtor Jose L. Nieves Albino and Rosa Y. Flores Rodriguez, the Chapter 13 Trustee and to all CM/ECF participants.

**MELENDEZ-PEREZ, DE DIEGO & JIMENEZ**
**Attorney for FIRSTBANK PUERTO RICO**
**PO BOX 19328**
**San Juan, Puerto Rico 00910-1328**
**Tel:787-622-3939 / Fax: 787-622-3941**
**/s/ William Santiago Sastre**
**USDC PR 201106**
**E-Mail: wsantiago@mpdjlaw.com**