IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

JOSE L NIEVES ALBINO

ROSA Y FLORES RODRIGUEZ

XXX-XX-7127

XXX-XX-3059

Debtor(s)

CASE NO. 09-00182 SEK

Chapter 13

FILED & ENTERED ON 12/17/2010

## ORDER

For the reasons stated in open court at the hearing held on December 3, 2010, Debtors' Post Confirmation Modification Plan dated 11/22/10 (Docket #47), is hereby APPROVED.

San Juan, Puerto Rico, this December 17, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

C: DEBTOR
   JAIME RODRIGUEZ-PEREZ
   JOSE RAMON CARRION MORALES